239 So.2d 354

**Mrs. Claudia Louise GUY**

**v.**

**Laurence L. EGANO, Taxicab Bonding Association, Inc., and St. Louis Fire and Marine Insurance Company, Inc.**

No. 50736.

Sept. 25, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

239 So.2d 354

**Mozell C. HATHORN**

**v.**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.**

No. 50739.

Sept. 25, 1970.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.